**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

October 24, 2007



FILED
OCT 2 5 2007
General Court Number
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Eastern District of California
501 I Street
Sacramento, CA 95814-7300

2 07 - CV - 22 0 7 WBS EFB PC

RE: CV 07-03927 MMC  PHILLIP VILLANUEVAL-v-MIKE EVANS

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

    ☒    Certified copy of docket entries.

    ☒    Certified copy of Transferral Order.

    ☒    Original case file documents.

    ☒    Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                      Sincerely,
                        RICHARD W. WIEKING, Clerk

                        by: Simone Voltz
                        Case Systems Administrator

Enclosures
Copies to counsel of record

**ORIGINAL FILED**
OCT 2 9 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA